IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| ETHEL HARVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:09-CV-523 |
| | ) |
| AMERICA'S COLLECTIBLES | ) |
| NETWORK, INC., d/b/a JEWELRY | ) |
| TELEVISION, | ) |
| | ) |
| Defendant. | ) |

## <u>O R D E R</u>

This case is before the court on the Report and Recommendation [doc. 68] filed by United States Magistrate Judge C. Clifford Shirley, Jr. on December 12, 2014. There have been no timely objections filed to this Report and Recommendation, and enough time has passed to treat any objections as having been waived. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). Magistrate Judge Shirley recommends that plaintiff's "Motion for Sanctions under Fed. R. Civ. P. 11 and 28 U.S.C. § 1927" [doc. 59] be denied.

After careful review, the court is in complete agreement with Magistrate Judge Shirley's conclusion that plaintiff's motion for sanctions should be denied. The court therefore **ACCEPTS IN WHOLE** the Report and Recommendation [doc. 68] under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). For the reasons stated in the Report and Recommendation, which the court adopts and incorporates into this ruling, plaintiff's "Motion for Sanctions under Fed. R. Civ. P. 11 and 28 U.S.C. § 1927" [doc. 59] is **DENIED**. Defendant's "Motion for Ruling or Hearing on Pending Motion for Sanctions"

[doc. 67] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge